146 So. 922

## J. E. LEVY v. Elsie ANDERSON.
### 2 Div. 503.

Court of Appeals of Alabama.

March 21, 1933.

L. R. Wilson, of Demopolis, for appellant.

J. Paul Jones, of Linden, for appellee.

RICE, Judge.

The appeal was taken in this case on December 5, 1931. Appellant appears to have taken no action in this court to prosecute same to a conclusion.

On November 3, 1932, appellee submitted a motion to strike what purports to be a bill

of exceptions contained in the transcript. This motion is hereby granted, on the same grounds, and for the same reason, found stated in the opinion in the case of Turner v. Thornton, 192 Ala. 98, 68 So. 813.

The appeal is dismissed for want of prosecution.

Motion granted. Appeal dismissed.